**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**DAVID LEACH, et al,**

    **Plaintiffs,**

**vs.**                                                                                      **CASE NO. 1:06CV151-SPM/AK**

**U.S. ARMY CORPS OF ENGINEERS, et al,**

    **Defendants.**

_____/


**REPORT AND RECOMMENDATION**

This case has been pending since July 31, 2006, and as of this date there is no viable complaint filed and no filing fee has been paid. Plaintiffs were advised of the deficiencies in their complaint and directed to file a second amended complaint with financial affidavit on or before November 1, 2006. (Doc. 8). When no pleading or financial information was submitted, an Order to Show Cause was entered on January 3, 2007. (Doc. 9). Plaintiffs responded that they were bankrupt and asked the Court to contact an attorney for information. (Doc. 10). No attorney has made an appearance on their behalf. The Court responded that Plaintiff must complete the financial affidavit and file an amended complaint so that the Court can determine their status to proceed without payment of court costs, (doc. 12), but as of this date there has been nothing filed and no further contact by the Plaintiffs. Plaintiffs were warned in the last order that

if they failed to respond on or before February 2, 2007, it would be recommended that their case be dismissed.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended pleading and financial information (docs. 8 and 12) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of April, 2007.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:06CV151-SPM/AK