IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LEACH, et al.,
    Plaintiffs,

vs.                                    CASE NO. 1:06cv151-SPM/AK

U.S. ARMY CORPS OF ENGINEERS, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated April 23,, 2007 (doc. 13). Plaintiffs have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with a court order.

DONE AND ORDERED this 24th day of July, 2007.

                                    *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge